CO-386
10/2018

# United States District Court
# For the District of Columbia

)
)
)
)
)          Civil Action No._____
)
)
)
)
)

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which  have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ William J. Snape, III*_____
Signature

_____          _____
BAR IDENTIFICATION NO.                                              Print Name

_____
Address

_____
City              State              Zip Code

_____
Phone Number