UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>      Defendant. | Case No. 23-cv-03544 |

DECLARATION OF MARC D. FINK IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE

I, Marc D. Fink, hereby declare:

1. My full name is Marc David Fink

2. My Minnesota Bar Number is 0343407.

3. My business office address, telephone and fax numbers, and e-mail address are:

Marc D. Fink
Center for Biological Diversity
209 East 7th St.
Duluth, Minnesota 55805
Tel: 218-464-0539
Fax: 817-582-3884
mfink@biologicaldiversity.org

4. I am admitted to the following courts and bars:

The Supreme Court for the State of Minnesota (5/12/2005)
U.S. District Court for the District of Minnesota (9/15/2006)
U.S. District Court for the Western District of Wisconsin (2011)
U.S. Court of Appeals for the Ninth Circuit (1997)
U.S. Court of Appeals for the Fifth Circuit (2010)
U.S. Court of Appeals for the Eighth Circuit (2023)
U.S. Court of Appeals for the District of Columbia (2023)
U.S. Supreme Court (2007)

I am currently in good standing with all states, courts, and bars in which I am admitted. A certificate of good standing is attached hereto.

5. On July 2, 1998, I received a letter of admonition from the Oregon State Bar, stating that I had engaged in the unlawful practice of law. While residing in Oregon, I had sent a 60-day notice letter to a federal agency for failing to comply with the Endangered Species Act in Idaho and eastern Oregon, at which time I was licensed to practice in Idaho but not in Oregon. No further action was taken, and I subsequently was admitted to practice law in the state of Oregon. I moved to Minnesota in 2005, where I am now admitted to practice law, and I am no longer a member of the bar in Idaho or Oregon.

6. There are no present proceedings which could lead to any disciplinary action against me by any court, bar association, grievance committee, or administrative body.

7. Within the last two years, I have been admitted pro hac vice in this Court two times, in case *Center for Biological Diversity v. U.S. Forest Service*, 23-cv-928-DLF; and case *Center for Biological Diversity, et al. v. Haaland, et al.*, 23-cv-1144-CJN.

8. I am not a member of the District of Columbia bar, I do not have an office located within the District of Columbia, and I do not have a pending application for admission to the District of Columbia bar.

9. I am familiar with the local rules of this Court and the facts of this case. If permitted to appear on behalf of Plaintiffs, I will be associated with William Snape, III, who is an active member of this Court.


I declare under penalty of perjury that the foregoing is true and correct. Executed in Duluth, Minnesota, on November 28, 2023.

    Respectfully submitted,

    */s/ Marc D. Fink*

    Marc D. Fink
    Center for Biological Diversity
    209 East 7th St.
    Duluth, MN  55805
    218-464-0539
    mfink@biologicaldiversity.org

UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Marc D. Fink, Bar # 343407, was duly admitted to practice in this Court on 09/15/2006, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 11/27/2023
*(Location)* *(Date)*

Kate M. Fogarty
*CLERK*

*DEPUTY CLERK*